United States District Court
District of Maine

| | |
|---|---|
| Jane Doe, as mother and next friend of her son, minor Jack Doe, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Brunswick School Department, Town of Brunswick, Maine, et al.,<br><br>    Defendants | Civil No.: 2:15-cv-00257-DBH |

**ORDER**

Pursuant to 15 M.R.S. § 3308-A(3)(D)(2), the Brunswick Police Department is hereby ORDERED to provide to David Webbert, Esq., counsel for Jack Doe, and simultaneously to all other counsel of record in this case, all documents responsive to a subpoena served on the Town of Brunswick on February 23, 2016, by the Brunswick School Department, as follows:

> all documents, audio recordings, video recordings and recordings relating or referring to (1) any complaints made at any time from August 2010 through December 2012 by or on behalf of [Jack Doe] Jr. (DOB: */**/****) or (2) any investigation into such complaints, including but not limited to witness interviews, statements, or documents referring to statements by witnesses.

Such documents shall be shall be designated Confidential- Subject to Protective Order and shall be subject to the terms of the Confidentiality Order previously entered in this case.

Dated: March 22, 2016.                     /s/ John H. Rich III
                                           John H. Rich III
                                           United States Magistrate Judge