UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE, Individually and as mother )<br>And next friend of her son, minor )<br>Jack Doe, et al., )<br>                                                           )<br>          Plaintiffs              )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>BRUNSWICK SCHOOL DEPARTMENT, )<br>et al.,                                               )<br>                                                           )<br>          Defendants           ) | 2:15-cv-00257-DBH |

**ORDER SETTING
SETTLEMENT CONFERENCE**

It is hereby ORDERED that the above matter be set for a settlement conference to be held before U. S. Magistrate Judge John C. Nivison, at the U.S. District Courthouse, 156 Federal Street, Portland, Maine, on August 18, 2016, commencing at 8:30 a.m.

It is FURTHER ORDERED that counsel and their clients appear in person at such time and place fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Nivison **on or before August 15, 2016,** an in camera statement, no more than five pages in length, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position.  The parties shall also submit as part of the in camera statement a realistic estimate of anticipated attorneys fees and costs in the event of trial to final judgment.  **The statements are not to be provided to the opposing side and shall be sent directly to Judge Nivison and not electronically filed with the**

**Clerk. The statements may be sent via email to carol_plummer@med.uscourts.gov; or faxed to 207-945-0362, or by U.S. mail to Office of U.S. Magistrate Judge, 202 Harlow Street, Bangor, ME  04401; or delivered in hand to the Clerk's Office at 202 Harlow Street, Bangor, Maine.**

        /s/ John C. Nivison
        U.S. Magistrate Judge

Dated this 8th day of July, 2016.