## United States District Court
## District of Maine

| | |
|---|---|
| Jane Doe, as mother and next friend of her son, minor Jack Doe, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>Brunswick School Department, Town of Brunswick, Maine, et al.<br><br><br>       Defendants. | Civil No.: 2:15-cv-00257-DBH |

### Joint Stipulation of All Parties to Dismiss With Prejudice All Claims Against Defendant Walter Wallace

Under Fed. R. Civ. P 41(a)(1)(A)(ii), all parties jointly stipulate to the

dismissal with prejudice of all claims against Defendant Walter Wallace.


Date: October 21, 2016                    Respectfully submitted,


/s/ David G. Webbert                      /s/ Melissa A. Hewey
David G. Webbert, Esq.                    Melissa A. Hewey
Johnson, Webbert & Young, LLP             Drummond Woodsum
160 Capitol Street, P.O. Box 79           84 Marginal Way, Suite 600
Augusta, Maine  04332-0079                Portland, Maine 04101-2480
Tel:  (207) 623-5110                      mhewey@dwmlaw.com
dwebbert@johnsonwebbert.com

/s/ Gary Goldberg
Gary Goldberg, Esq.
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME  04101-3424
ggoldberg@garmeylaw.com


/s/ Christopher A. Harmon
Christopher A. Harmon, Esq.
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME  04101-3424
charmon@garmeylaw.com


/s/ Courtney I. Beer
Courtney I. Beer, Esq.
Pine Tree Legal Assistance, Inc.
88 Federal Street, P.O. Box 547
Portland ME 04112
cbeer@ptla.org


*Attorneys for Jane Doe*



/s/ Barbara Archer Hirsch
Barbara Archer Hirsch, Esq.
Commission Counsel
Maine Human Rights Commission
51 State House Station
Augusta, Maine 04333-0051
Barbara.ArcherHirsch@mhrc.maine.gov


*Attorney for the Commission*


/s/ Michael L. Buescher
Michael L. Buescher
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
mbuescher@dmlaw.com


*Attorneys for Defendants*

2

### Certificate of Service

I hereby certify that on October 21, 2016 I electronically filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Melissa A. Hewey
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
mhewey@dwmlaw.com

Michael L. Buescher
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
mbuescher@dmlaw.com

Barbara Archer Hirsch, Esq.
Commission Counsel
Maine Human Rights Commission
51 State House Station
Augusta, Maine 04333-0051
Barbara.ArcherHirsch@mhrc.maine.gov

/s/ David G. Webbert