United States District Court
District of Maine

| | |
|---|---|
| Jane Doe, as mother and next friend of her son, minor Jack Doe, et al.<br>　　　　Plaintiffs,<br><br>v.<br><br>Brunswick School Department, Town of Brunswick, Maine,<br>　Defendant. | Civil No.: 2:15-cv-00257-DBH |

### Order Approving Settlement

Under Local Rule 41.2 of this Court, and after consideration of the Motion of Plaintiff Jane Doe to Approve Settlement on Behalf of her Minor Son and the supporting Verified Application of Jane Doe, and good cause having been shown, the settlement is approved and confirmed, subject to the following conditions:

　　1.　Of the total settlement payment by Defendant Brunswick School Department in the amount of one hundred twenty-five thousand dollars ($125,000), it will be divided as follows:

　　　　a. Fifty-thousand dollars ($50,000) payable to Jane Doe in trust for Jack Doe; and

　　　　b. Seventy-five thousand dollars ($75,000) payable to the law firm of Johnson, Webbert & Young, LLP.

2. The following restrictions will apply to the settlement payment of $50,000 for Jack Doe:

    a. The funds of $50,000 for Jack Doe will be promptly deposited into a separate account with the Atlantic Regional Credit Union in Brunswick, Maine;

    b. The funds may be withdrawn from this separate account, while Jack Doe remains a minor under the age of 18, by Jane Doe if she files a sworn affidavit with the Atlantic Regional Credit Union in Brunswick, Maine certifying that the amount of funds she is withdrawing are being withdrawn to pay expenses reasonably related to Jack Doe's pursuit of his post-secondary education; and, if any funds remain when Jack Doe turns age 18, Jack Doe will have the sole authority to withdraw such funds and for any purpose he deems appropriate.

3. A sworn affidavit by Jane Doe in accordance with Local Rule 41.2(7) must be filed with the Court within 30 days of the Order.

SO ORDERED.

Dated This 30th Day of November, 2016

/s/ D. Brock Hornby
D. Brock Hornby
United States District Judge