United States District Court
District of Maine

| | |
|---|---|
| Jane Doe, as mother and next friend of her son, minor Jack Doe, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>Brunswick School Department, Town of Brunswick, Maine, et al.<br><br><br>        Defendants. | Civil No.: 2:15-cv-00257-DBH |

## Stipulation Of Dismissal

Under Fed. R. Civ. P 41(a)(1)(A)(ii), counsel for all parties to this action stipulate and consent to the dismissal of this action with prejudice and without costs to any party.

Date: December 30, 2016

/s/ David G. Webbert
David G. Webbert
Johnson, Webbert & Young, LLP
160 Capitol Street, Suite 3
P.O. Box 79
Augusta, ME 04332-0079
(207) 623-5110
dwebbert@johnsonwebbert.com

/s/ Melissa A. Hewey
Melissa A. Hewey
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(207) 253-0528
mhewey@dwmlaw.com

/s/ Gary Goldberg
Gary Goldberg, Esq.
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME  04101-3424
ggoldberg@garmeylaw.com

/s/ Christopher A. Harmon
Christopher A. Harmon, Esq.
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME  04101-3424
charmon@garmeylaw.com

/s/ Courtney I. Beer
Courtney I. Beer, Esq.
Pine Tree Legal Assistance, Inc.
88 Federal Street, P.O. Box 547 Portland ME 04112
cbeer@ptla.org

*Attorneys for Jane Doe*

/s/ Barbara Archer Hirsch
Barbara Archer Hirsch, Esq.
Commission Counsel
Maine Human Rights Commission
51 State House Station
Augusta, Maine 04333-0051
Barbara.ArcherHirsch@mhrc.maine.gov

*Attorney for the Commission*

## Certificate of Service

I hereby certify that on December 30, 2016 I electronically filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Melissa A. Hewey
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
mhewey@dwmlaw.com

Michael L. Buescher
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
mbuescher@dmlaw.com

Barbara Archer Hirsch, Esq.
Commission Counsel
Maine Human Rights Commission
51 State House Station
Augusta, Maine 04333-0051
Barbara.ArcherHirsch@mhrc.maine.gov


Date: December 30, 2016                               /s/ David G. Webbert